# EXHIBIT E

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, et al., <br><br> Defendants. | Case No. 1:21-cv-930-BAH |

# DECLARATION OF ANN WILEY

I, Ann Wiley, make the following declaration:

    1.    I am a resident of Fort Lauderdale, Florida.

    2.    I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

    3.    I am a member of the Center for Biological Diversity ("the Center") and have been a member since 2009. The Center is a not-for-profit organization whose mission is to ensure the preservation, protection, and restoration of biodiversity, native species, ecosystems, public lands and water, and public health through science, policy, and environmental law.

    4.    I participate in action alerts, which are notices by the Center of important environmental developments that, for example, ask their members to contact their elected officials to take a particular action. I read the Center's online newsletters and follow all the Center's current issues. As a member, I rely on the Center to represent my interests in conserving endangered and threatened species and their habitats.

1

5. I am a member of the Center because I am an avid environmentalist, bird watcher, and sea turtle conservationist. Growing up in the Pacific Northwest, I have a tremendous appreciation and love for the outdoors and spent much of my time hiking, biking, skiing, sailing, and learning about flora and fauna. I moved to south Florida in 1984 and had to learn a new world—new plants, animals, birds, trees, soils, and ecosystems. Through volunteering, studying, taking courses, and working and spending time in the different ecosystems, I learned a lot about the uniqueness, wild places, and wildlife of south Florida.

6. For work, I am an ecological tour guide for Dragonfly Expeditions, where I have worked for the past 15 years leading tours through the Everglades, Big Cypress National Preserve, and to the Loggerhead Marinelife Center and Blowing Rocks Preserve. I lead airboat rides through the Everglades and "swamp tromp" tours through Big Cypress, where visitors wade ankle-to-chest deep in water through the natural wetland environment. For the sea turtle tour, we visit the Loggerhead Marinelife Center in Juno Beach, FL and Blowing Rocks Preserve at Hutchinson Island where we discuss sea turtles and observe sea turtles nest. I most recently gave the sea turtles tour last month and typically do them about six times a year. In the last season before COVID-19, I led these tours up to 4 to 5 days a week. Although the occurrence of these tours has slowed down somewhat because of the coronavirus health crisis, and while we are not back to pre-pandemic levels, business has picked back up and I lead about 2-3 tours a week.

7. I have also been engaged in environmental work as a volunteer. For example, since 2007, I have volunteered with Sea Turtle Oversight Protection ("STOP") in Broward County, Florida, where I document disorientation events of sea turtle hatchlings drawn to artificial light rather than the sea, and where I collect disoriented hatchlings and release them into

the sea or take them to a rehabilitation facility. Each hatchling I release is with joy and deep sorrow. I know what lies ahead for them and that much of that hardship, injury and death will be caused by humankind.

8. With STOP, I also engage with visitors who visit Fort Lauderdale, Florida to see sea turtles nest at night. There are few things more wondrous to see on a hot steaming night in south Florida than a mama sea turtle at the end of her thousand-mile journey, cautiously pull herself ashore, on her natal beach, returning to be a mom. As her dark round form emerges from the white curl of the surf, children's eyes fly open and adults gasp. I have had many a tourist tell me that no matter what they had done on their vacation, where they had eaten, shopped or traveled to, that seeing sea turtles at this site was the highest point of their entire vacation. Many return year after year to join STOP on the beach to see and protect the nesting mothers and their hatchlings. From all corners of the earth—they have fallen in love with the sea turtle.

9. Beyond volunteering for STOP, for 10 years I also volunteered as a grounds docent at the Bonnet House Museum and Gardens. I led tours along the barrier islands of south Florida, highlighting vegetation and native plants, ecosystems, and native wildlife. I currently volunteer and give lectures to Road Scholar groups, travelers with an international tour company focused on education, about the Everglades, Big Cypress National Preserve, and sea turtles.

10. I live by the beach and do on occasion see sea turtles in the water and on the beach. I am also a recreational diver, and have had the chance to dive among sea turtles. To watch a sea turtle glide by is a beautiful and memorable site for any diver.

11. My professional, personal, recreational, and aesthetic interests are harmed by the decline in the sea turtle populations.

12. Professionally, the loss of sea turtles could affect my income, decrease my number of tours and talks and effectively decrease the number of tourists who visit the turtle related locations that we visit on our tours. Visitors paying for our tour to visit the Loggerhead Marinelife Center and Blowing Rocks Preserve expect to see sea turtle nests and learn about sea turtles. The economy of south Florida is driven by the beauty and uniqueness of its gorgeous and diverse ecosystems. It is why people come here. From the miraculous Everglades, Big Cypress, Ten Thousand Islands, coastal beaches and coral reefs—money pours in to see these natural jewels.

13. Personally, I believe that the Earth, the ecosystems, and the native animals who live in them have inherent, intrinsic value, completely unrelated to man. I believe that biodiversity is what makes life worthwhile. I believe that sea turtles have the inherent right to live a safe and healthy life in their oceans and their beaches. Man has evolved such that he has the power to aid or destroy all other species. No other single species can do this. It is our duty and obligation to preserve and protect the wondrous world we are each visiting.

14. The National Marine Fisheries Service's ("NMFS") failure to require turtle excluder devices ("TED") in all shrimp trawl vessels, especially skimmer trawls, is extreme and gross negligence and directly harms me and my interests. Sea turtles are assaulted in every cycle of their life by man's activity; they will go extinct without protective measures. While they continue to be killed at the hands of shrimp trawl vessels in the Gulf of Mexico, NMFS's inadequate regulations directly harm my personal and professional interests in their survival, as well as the aesthetic and economic value I receive from the tours and talks I give highlighting these incredible animals.

15. The Center represents my interests in bringing this lawsuit against NMFS for failing to issue adequate TED rules in violation of the Administrative Procedure Act and the National Environmental Policy Act. I expect NMFS to follow the law and protect these endangered and threatened sea turtles from the threats they face from the shrimping industry. The personal, professional, aesthetic, and economic injuries I have expressed above would be redressed if the Court remanded this rule and required NMFS to comply with the law. If NMFS were required to fully and rationally consider the impact of its final rule on sea turtles and provide the public the opportunity to weigh in on that issue, the harms I suffer and will continue to suffer would be remedied.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2021, in Fort Lauderdale, Florida.

*Ann Wiley*
Ann Wiley