# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Center for Biological Diversity et al.
                    Plaintiff

vs.                                   Civil Action No. 1:21-cv-00930-BAH

National Marine Fisheries Service et al.
                    Defendant

## NOTICE OF APPEAL

Notice is hereby given this 14th day of November, 20 22, that

Plaintiffs Center for Biological Diversity et al.

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 14th day of September, 20 22

in favor of Defendants

against said Plaintiffs

                                        s/ Christopher Eaton
                                      Attorney or Pro Se Litigant

                                  Earthjustice
                                  810 Third Ave., Suite 610
                                  Seattle, WA 98104
                                  206-343-7340
                                        Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated: